## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES MARITIME ALLIANCE, LTD., ET. AL. | * |
| | * |
| Plaintiffs, | * |
| | *     Civil Action No. ELH- 14-CV-02111 |
| v. | * |
| | * |
| LOCAL 333, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO | * |
| | * |
| Defendant. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT CONSENT MOTION FOR AN EXTENSION OF DEADLINES

Pursuant to Local Rule 105(9), Plaintiff United States Maritime Alliance, Ltd. ("USMX") and Plaintiff Steamship Trade Association of Baltimore, Inc. ("Plaintiffs"), by their respective counsel, The Lambos Firm, LLP and The Law Offices of Michael J. Collins PC., and Defendant Local 333, International Longshoremen's Association, AFL-CIO ("Defendant"), (collectively "Parties"), by its counsel, Terrasa & Stair, PA, submit this Joint Consent Motion for An Extension of Deadlines and further state:

1. That on September 16, 2014 a Scheduling Order was issued in this matter. (ECF No. 19);

2. That the parties have not previously requested an extension of discovery.

3. That in order to resolve pending discovery disputes and efficiently conduct the remaining depositions, the parties have conferred and consented to an extension of discovery. The parties have been working to complete discovery by this deadline but resolving disputes regarding production of documents necessary to schedule depositions requires additional time. The discovery in this extension would be limited to resolving disputes concerning existing

written discovery and taking the depositions of witnesses.  Neither party

anticipates or will conduct discovery beyond these limitations.

4.   The new proposed deadlines are set forth set forth in the table, below.

| DEADLINES | CURRENT DATE | REQUESTED DATE |
|---|---|---|
| Discovery deadline; submission of status report. | November 17, 2014 | December 17, 2014 |
| Requests for Admission | November 24, 2014 | December 31, 2014 |
| Dispositive pretrial motions deadline (No change requested) | January 9, 2015 | January 9, 2015 |

WHEREFORE Plaintiff and Defendant respectfully request that the deadlines be

modified as above.

Respectfully submitted,


___/s/_____                    _____/s/_____
William M. Spelman                         Jennifer L. Stair
Federal Bar No.: 802602                    Federal Bar No.: 27978

(*Signed by Jennifer L. Stair*
*with permission of William M. Spelman*)

THE LAMBOS FIRM, LLP                       TERRASA & STAIR, P.A.
303 South Broadway, Suite 410              220 S. Chester Street
Tarrytown, New York 10591                  Baltimore, Maryland 21231
(212) 381-9700                             (410) 609-3953
(212) 797-9213                             (410) 609-3957 (fax)

*Attorney for the Plaintiff, USMX*         *Attorney for the Defendant*

    /s/
Michael J. Collins
Federal Bar No.: 05971

(*Signed by Jennifer L. Stair*
*with permission of Michael J. Collins*)

LAW OFFICES OF MICHAEL J. COLLINS
7104 Biter Lane
Highland, Maryland 20777

(410) 967-7614
(410) 773-9900 (Fax)

*Attorney for the Plaintiff, STA*

November 11, 2014

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES MARITIME      *
ALLIANCE, LTD., ET. AL.

             *

         Plaintiffs,

             *       Civil Action No. ELH- 14-CV-02111

v.                   *

LOCAL 333, INTERNATIONAL
LONGSHOREMEN'S ASSOCIATION,      *
AFL-CIO

             *

         Defendant.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

      Upon consideration of the foregoing Joint Consent Motion for an Extension of

Deadlines, it is this _____ day of _____, 2014 by the United

States District Court for the District of Maryland

      ORDERED that Plaintiffs' and Defendant's Joint Consent Motion for an

Extension of Deadlines be and hereby is GRANTED

                 _____
                 Hon. Ellen L. Hollander
                 United States District Judge