IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES MARITIME ALLIANCE, LTD., ET. AL., | * | |
| | * | |
| Plaintiffs, | * | Civil Action No. ELH- 14-CV-02111 |
| v. | * | |
| LOCAL 333, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S STATUS REPORT

Defendant, Local 333, International Longshoremen's Association, AFL-CIO, (Local 333), by and through its undersigned counsel, based upon the Court's Order in this matter, (ECF 27), submits this Status Report as the parties could not consent to a Joint Status Report, Defendant contends that this supplements the prior Joint Status Reports submitted on December 17, 2014, (ECF 22), January 20, 2015 (ECF 24), and February 19, 2015 (ECF 26) and states as follows:

**A.**     **Whether discovery has been completed:**

The parties have completed discovery and will follow their continuing obligation to produce responsive documents.

**B.**     **Whether any motions are pending:**

There are currently no motions pending.

**C.**     **Whether any party intends to file a dispositive pretrial motion:**

Plaintiffs USMX and STA intend to file a motion for summary judgment. Defendant will file a motion to dismiss.

1

**D.     Whether the case is to be tried jury or non-jury and the anticipated length of trial:**

If the matter proceeds to bench trial it is anticipated to be one day.

**E.     A certification that the parties have met to conduct serious settlement negotiations; and the date, time and place of the meeting and the names of all persons participating therein:**

The parties met to conduct serious settlement negotiations on and after January 8, 2015. The parties are part of an ongoing labor-management relationship and have met and conferred regarding this matter.

**F.     Whether each party believes it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference, either before or after the resolution of any dispositive pretrial motion:**

The parties are aware of the ADR programs in the U.S. District Court for the District of Maryland. Defendant is willing to participate in any settlement or ADR conference to which Plaintiffs will consent.

**G.     Whether all parties consent, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge conduct all further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or non-jury) and entry of final judgment:**

The Parties do not unanimously consent to proceed before a United States Magistrate Judge.

Respectfully Submitted,

/s/
Jennifer L. Stair, Esq.
Bar No. 27978

TERRASA & STAIR, P.A.
220 S. Chester Street
Baltimore, Maryland 21231
Tel. 410-609-3953
Fax. 410-609-3957
jstair@tslawmd.com

*Counsel for Defendant*