IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES MARITIME ALLIANCE, LTD., ET. AL., | * | |
| | * | |
| Plaintiffs, | * | Civil Action No. ELH- 14-CV-02111 |
| v. | * | |
| LOCAL 333, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' STATUS REPORT**

In accordance with the Court's February 20, 2015 Order in this matter (ECF 27), Plaintiffs United States Maritime Alliance, LTD. (USMX) and the Steamship Trade Association of Baltimore, Inc. (STA) submits this Status Report, which supplements the prior Status Reports submitted on December 17, 2014, (ECF 22), January 20, 2015 (ECF 24), and February 19, 2015 (ECF 26). The parties have been unable to agree on several issues and each will be filing its own Status Report.

**A.    Whether discovery has been completed:**

The parties have completed discovery and will follow their continuing obligation to produce responsive documents.

**B.    Whether any motions are pending:**

There are currently no motions pending.

**C.    Whether any party intends to file a dispositive pretrial motion:**

Plaintiffs USMX and STA intend to file a motion for summary judgment.

1

**D.	Whether the case is to be tried jury or non-jury and the anticipated length of trial:**

If the matter proceeds to bench trial it is anticipated to be one day.

**E.	A certification that the parties have met to conduct serious settlement negotiations; and the date, time and place of the meeting and the names of all persons participating therein:**

The parties met to conduct serious settlement negotiations on and after January 8, 2015. The parties are part of an ongoing labor-management relationship and have met and conferred regarding this matter. The intent of USMX, STA and Local 333 was that with the assistance of the International Longshoremen's Association, AFL-CIO ("ILA"), Local 333 and STA would agree to a local contract. If a local contract were reached, USMX and STA agreed to confirm Arbitrator Vaughn's $3.9 million award but in a reduced amount and would forego execution on that judgment if Local 333 did not violate the Master Contract's no-strike clause during the term of the Master Contract which expires on September 30, 2018. The parties met on February 2, 3, 4 and 5 and reached consensus on an agreement. In attendance at those meetings was ILA Local Trustee Wilbert Rowell, ILA Walking Delegate Aaron Barnett, Local 333 representatives Scott Cowan and Larry Johnson, Baltimore ILA District Council Vice President Richard P. Krueger, Jr. (attended at least one meeting) and counsel for ILA Local 333, Jennifer Stair, Esq. and Elizabeth Alexander, Esq. Representing management was the COO of Ports America Chesapeake, LLC, Bayard Hughes, STA President Michael P. Angelos, STA Vice President David Hartman, STA representative Michael Burzyinski, and STA counsel, Michael J. Collins. After STA and the ILA agreed upon and prepared a contract offer for Local 333's members, the offer was presented to the Local 333 membership on February 13, 2015. The membership rejected the contract offer by a vote of 442 against to 172 in favor. Since Local 333 and STA

have not reached a local contract, USMX and STA will now seek to confirm Arbitrator Vaughn's award.

F.  **Whether each party believes it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference, either before or after the resolution of any dispositive pretrial motion:**

The parties are aware of the ADR programs in the U.S. District Court for the District of Maryland. If the parties believe that scheduling a settlement or other ADR conference is appropriate, they will make a joint request.

G.  **Whether all parties consent, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge conduct all further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or non-jury) and entry of final judgment:**

The Parties do not unanimously consent to proceed before a United States Magistrate Judge.

Respectfully Submitted,

| | |
|---|---|
| /s/ | /s/ |
| William M. Spelman, Esq. | Michael J. Collins Esq. |
| Admission, Pro Hac Vice | Bar No. 5971 |
| THE LAMBOS FIRM, LLP | The Law Offices of Michael J. Collins PC |
| 303 South Broadway, Suite 410 | 7104 Biter Lane |
| Tarrytown, New York 10591 | Highland, Maryland 20777-0277 |
| Tel. 212-381-9700 | (410) 967-7614 |
| Fax. 212-797-9213 | |
| wmspelman@lambosfirm.com | Michael@mjcollinslaw.com |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

*A0032233*